UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00188-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EVERARDO RIVAS,

        Defendant.

## ORDER

THIS MATTER comes before the Court on the Government's Unopposed Motion to Appear Telephonically **(#46)** for the hearing scheduled for March 27, 2006 at 8:30 a.m.

Upon due consideration, it is hereby ORDERED that the Government **may appear telephonically for the March 27, 2006 8:30 a.m.** scheduled conference. Counsel shall contact the Court ten minutes prior to the hearing.

DATED this 24th day of March 2006.

                                                  **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge