**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER**

Courtroom Deputy: Maureen Nelson        Date: March 27, 2006
Court Reporter:  Paul Zuckerman
Interpreter: Cathy Bahr

Criminal Action No. 03-cr-00188-MSK

*Parties*:                              *Counsel*:

UNITED STATES OF AMERICA,               James Candelaria  *(by telephone)*

           Plaintiff,

v.

EVERARDO RIVAS,                         Warren Williamson

           Defendant.

---

**ARRAIGNMENT AND CHANGE OF PLEA HEARING**

---

 **8:38 a.m.**     **Court in session.**

Defendant present in custody.

Interpreter sworn.

Discussion regarding defendant's wish not to go forward with the change of plea and status of speedy trial.

**ORDER:**   Motion to set case for trial **(Doc. #44) is granted.**

**ORDER:**   Motion for Discovery and Motion in Limine Re: Expert Testimony **(Doc. #45) is denied.**  The Court sets **March 31, 2006** as the deadline for filing a new 702 motion in conformance with the practice standards.  The Court also sets **March 31, 2006** for the filing of a motion under Rule 41 of the Federal Rules of Criminal Procedure.

**ORDER:**   The Court will initially set this matter for trial on **April 17, 2006** with the anticipation motions will be filed and the matter will be reset.

**ORDER:**    Defendant is remanded to the custody of the United States Marshal through the sentencing hearing.

 **8:52 a.m.**     **Court in recess.**

**Total Time:   14 minutes
Hearing concluded.**