UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00188-MSK

UNITED STATES OF AMERICA,

       Plaintiff,

v.

EVERARDO RIVAS,

       Defendant.

_____

## ORDER SCHEDULING MOTIONS HEARING AND VACATING TRIAL DATE
_____

THIS MATTER comes before the Court on the Parties' Joint Motion Under Fed.R.Evid. 702 **(#50)** and Defendant's Motion for Discovery **(#51)** filed on March 31, 2006. Having reviewed the Motions, the Court hereby **VACATES the April 17, 2006 jury trial** and **schedules a motions hearing for April 26, 2006 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. *Counsel shall bring their calendars and be prepared to schedule a new trial date.*

DATED this 31st day of March 2006.

**BY THE COURT:**

_____
Marcia S. Krieger
United States District Judge