UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00188-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

EVERARDO RIVAS,

    Defendant.

## ORDER AND NOTICE OF HEARING

**THIS MATTER** comes before the Court on the Parties' Joint Motion Under Fed. R. Evid. 702 **(#66)** filed on May 3, 2006,

**IT IS HEREBY ORDERED** that a **Rule 702 Hearing will be held on May 11, 2006 at 9:00 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 3rd day of May, 2006.

BY THE COURT:

_Marcia S. Krieger_
_____
Marcia S. Krieger
United States District Judge